Estate of Chavier *v.* Estate of Giráldez.

Appeal from the District Court of Ponce.

No. 277.—Decided March 17, 1909.

Decided on the grounds of the opinion delivered in case No. 276, *Estate of Chavier* v. *Estate of Giráldez*, decided March 17, 1909, Porto Rico Decisions.

*Messrs. Tord, Toro and Canales* for appellants.
*Mr. José Tous Soto* for respondents.

Mr. Justice MacLeary delivered the opinion of the court.

This case is similar to the case of the *Succession of Aristides Chavier, appellants* v. *The Succession and Assigns of Francisco Giráldez, respondents,* No. 276, decided to-day, and for the reasons stated in the opinion rendered in that case, the judgment appealed from herein must be reversed.

*Reversed.*

Justices Hernández, Figueras and Wolf concurred.